Certificate Number: 17572-PAW-DE-032730638

Bankruptcy Case Number: 19-20172



17572-PAW-DE-032730638

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2019</u>, at <u>4:35</u> o'clock <u>PM PDT</u>, <u>Ryan P Mackin</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 26, 2019</u>                By:     <u>/s/Benjamin E Wunsch</u>

                                  Name:  <u>Benjamin E Wunsch</u>

                                  Title:   <u>Counselor</u>