**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/06/2021

IN RE:

RYAN P. MACKIN
113 LINNVIEW AVE
PITTSBURGH,  PA  15210
XXX-XX-8319          Debtor(s)

Case No. 19-20172 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/6/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2189 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15312<br><br>WILMINGTON, DE 19850-5312 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL\*CL= $3042.20 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3496 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: 1ST/SCH\*BGN 2/19\*300/PL\*PMT/DECLAR\*DKT4LMT | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 1064 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 6   INT %: 10.39%<br>Court Claim Number: 32-2<br>CLAIM: 4,868.76<br>COMMENT: CL32-1GOV@$4884.21\*PMT/CONF\*134/PL\* 2ND/SCH\*AMD\*DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8929 |
| **AMERICAN CORADIUS INTERNATIONAL**<br>2420 SWEET HOME RD STE 150<br><br>BUFFALO, NY 14228 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2252 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 6,359.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **AMERICAN EXPRESS NATIONAL BANK-AENB**<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br><br>ANDOVER, MA 01810-1041 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,285.30<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1002 |
| **BANK OF AMERICA\*\***<br>9000 SOUTHSIDE BLVD<br>BLDG 400<br><br>JACKSONVILLE, FL 32256 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7989 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BANK OF AMERICA\*\***<br>9000 SOUTHSIDE BLVD<br>BLDG 400<br>JACKSONVILLE, FL 32256 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3156 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3748 |
| **BRANCH BANKING&TRUST CO/BB&T(\*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br>WILSON, NC 27894-1847 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,372.26<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0613 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,577.90<br>COMMENT: 7910/SCH\*BEST BUY/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0463 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,738.28<br>COMMENT: BP/SCH\*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5347 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 2,455.78<br>COMMENT: CAPITAL ONE/GM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7357 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 1,826.77<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9661 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,539.74<br>COMMENT: 1116/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8504 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 9,570.09<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5079 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 3,658.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3909 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 2,421.59<br>COMMENT: 4948/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3679 |
| **QUANTUM3 GROUP LLC - AGENT FOR JHPDE F**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 6,554.36<br>COMMENT: CITI/ADVANTAGE PLATINUM SELECT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7614 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,512.81<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8972 |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1142 |
| **EBAY INC**<br>POB 2179<br>CAROL STREAM, IL 60132 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: S412 |
| **FNCC**<br>500 E 60TH ST<br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5014 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>C/O ABSOLUTE RESOLUTIONS CORP<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN 55437 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 4,696.66<br>COMMENT: 5820/SCH*FIRST NATIONAL BANK OF OMAHA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4922 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 3,866.62<br>COMMENT: 1688~CITI/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7682 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 524.46<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7692 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 7,065.40<br>COMMENT: LOWES/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5621 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 2,006.18<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3020 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 3,758.71<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1203 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,363.06<br>COMMENT: 0111/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0186 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 7,402.69<br>COMMENT: PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2189 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 1,053.05<br>COMMENT: 1585~PEP BOYS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5585 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 1,364.65<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9134 |
| **QUANTUM3 GROUP LLC AGNT-CREDIT CORP S**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,189.61<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2890 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VALUE CITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0638 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,077.50<br>COMMENT: WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0333 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 4,010.37<br>COMMENT: ZALES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5717 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ATLANTIC CREDIT & FINANCE INC**<br>PO BOX 2001<br><br>WARREN, MI 48090-2001 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRSTSOURCE ADVANTAGE, LLC**<br>205 BRYANT WOODS SOUTH<br><br>BUFFALO, NY 14228 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GLOBAL CREDIT & COLLECTION CORP**<br>POB 101928<br>DEPT 2417<br>BIRMINGHAM, AL 35210 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RADIUS GLOBAL SOLUTIONS**<br>PO BOX 390846<br><br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 310.84<br>COMMENT: 1ST/SCH*300/PL*THRU 1/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1064 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number: 32-2<br>CLAIM: 0.00<br>COMMENT: 134/PL*CL= ALL ARREARS~PIF/CONF@CID 6*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8929 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 208.56<br>COMMENT: NT/SCH*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 729.10<br>COMMENT: NT/SCH*FINGERHUT~WEBBANK*FR QUANTUM/BLUESTEM*DOC 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5239 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 97.04<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6407 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |