IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
                               :     Case No. 19-20172-JAD

Ryan P. Mackin                :

       Debtor              :     Chapter 13

_____    :

Ryan P. Mackin                :

       Movant            :     Scheduled Hearing Date:

vs                            :     March 15, 2023 at 10:00 a.m.

American Express Centurion Bank  :

       Respondent      :

                               :

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO AVOID JUDGMENT
### DOCKET NO. 50

      The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment filed on February 10, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment were to be filed and served no later than February 27, 2023.

      It is hereby requested that the Order attached to the Motion to Avoid Judgment be entered by the Court.

Dated: <u>February 28, 2023</u>       By: <u>/s/ Michael C. Eisen</u>
                                       Michael C. Eisen, Esquire
                                       M. EISEN & ASSOCIATES, P.C.
                                     404 McKnight Park Drive
                                     Pittsburgh, PA 15237
                                     412-367-6005
                                     PA ID# 74523
                                     attorneyeisen@yahoo.com