**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ryan P. Mackin**
Debtor(s)

Bankruptcy Case No.: 19−20172−JAD

Chapter: 13
Docket No.: 58 − 57

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/24/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                         Case No. 19-20172-JAD

Ryan P. Mackin                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: auto            Page 1 of 4

Date Rcvd: Mar 29, 2023        Form ID: 408          Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan P. Mackin, 113 Linnview Ave, Pittsburgh, PA 15210-3717 |
| 14978135 | + | American Express Centurion Bank, 4315 S. 2700 West, Salt Lake City, UT 84148-0001 |
| 14978138 | + | Banko of America, FL9-600-02-26, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14978148 | + | Dollar Bank Visa, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14978156 | + | Jonathan Paul Cawley, Esq., Zwicker & Associates, PC, 3220 Tillman Drive, Ste 215, Bensalem, PA 19020-2028 |
| 14978161 | | Merrick Bank, PO Box 9021, Old Bethpage, NY 11804 |
| 15017823 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14978171 | + | Zales Jewelers/Comenity Capital Bank, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14983197 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 29 2023 23:53:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14978133 | ^ | MEBN | Mar 29 2023 23:47:23 | American Coradius International LLC, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14978134 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14989193 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 23:53:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986053 | + | Email/Text: bkfilings@zwickerpc.com | Mar 29 2023 23:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14978136 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 14978137 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 14978140 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2023 23:53:00 | BB&T, 223 West Nash Street, Wilson, NC 27893 |
| 14981010 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2023 23:53:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14978142 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:47 | BP Visa, Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 15002362 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14978139 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2023 23:54:00 | Barclays Bank Delaware, 125 S. West Street, |

Case 19-20172-JAD   Doc 60   Filed 03/31/23   Entered 04/01/23 00:31:59   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 64 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Wilmington, DE 19801-5014 |
| 14978141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:20 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14978143 | + | Email/Text: cms-bk@cms-collect.com | Mar 29 2023 23:54:00 | Capital Management Services LP, 698 1/2 South Odgen Street, Buffalo, NY 14206-2317 |
| 14978144 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14988853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998459 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15009292 | + | Email/Text: RASEBN@raslg.com | Mar 29 2023 23:53:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14978146 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:22 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14978147 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14978159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:39 | Macy's, PO Box 8053, Mason, OH 45040 |
| 14978160 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:21 | Macy's American Express, PO Box 8053, Mason, OH 45040 |
| 15016606 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14983408 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15016263 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978150 | | Email/Text: BNSFN@capitalsvcs.com | Mar 29 2023 23:53:00 | First National Credit Card, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 14978152 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 29 2023 23:53:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 14978151 | + | Email/Text: crdept@na.firstsource.com | Mar 29 2023 23:54:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14978153 | | Email/Text: GCSBankruptcy@gcserv.com | Mar 29 2023 23:53:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14978154 | + | Email/Text: bankruptcy@affglo.com | Mar 29 2023 23:54:00 | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |
| 14978145 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:10 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14978157 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14978158 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14984548 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 29 2023 23:52:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996284 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14978162 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14992392 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 14978165 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 14978166 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15018119 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15012800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979033 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978163 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | PayPal, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978164 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:47 | PepBoys, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15061601 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15012805 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14988635 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15012647 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14998399 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14978167 | + | Email/Text: ngisupport@radiusgs.com | Mar 29 2023 23:53:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14978168 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | Synchrony Home, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14978169 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:46 | Value City Furniture, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15012408 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14978170 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:00 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978149 | + | Email/Text: jstauffe_BK@ebay.com | Mar 29 2023 23:54:00 | eBay, 2145 Hamilton Ave, San Jose, CA 95125-5905 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15011097 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15012397 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL |

Case 19-20172-JAD    Doc 60    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 64 |

| | | |
|---|---|---|
| | | 33487-2853 |
| 14978155 | *+ | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com |
| Michael C. Eisen | on behalf of Debtor Ryan P. Mackin attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8