**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RYAN P. MACKIN<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-20172 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/14/2019 and confirmed on 3/11/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,725.03 |
| Less Refunds to Debtor | 404.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,320.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 1,855.47 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,855.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 15,216.90 | 0.00 | 15,216.90 |
|     Acct: 1064 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 310.84 | 310.84 | 0.00 | 310.84 |
|     Acct: 1064 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8929 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3496 | | | | |
|   PNC BANK NA | 4,868.76 | 4,868.76 | 902.28 | 5,771.04 |
|     Acct: 8929 | | | | |
| | | | | 21,298.78 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN P. MACKIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN P. MACKIN | 404.95 | 404.95 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN CORADIUS INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2252 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 6,359.34 | 1,012.15 | 0.00 | 1,012.15 |
|     Acct: 1008 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK-AE | 2,285.30 | 363.73 | 0.00 | 363.73 |
|     Acct: 1002 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7989 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3156 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3748 | | | | |
| | BRANCH BANKING&TRUST CO/BB&T(*) | 2,372.26 | 377.57 | 0.00 | 377.57 |
| | Acct: 0613 | | | | |
| | MIDLAND FUNDING LLC | 3,577.90 | 569.46 | 0.00 | 569.46 |
| | Acct: 0463 | | | | |
| | MIDLAND FUNDING LLC | 2,738.28 | 435.82 | 0.00 | 435.82 |
| | Acct: 5347 | | | | |
| | MIDLAND FUNDING LLC | 2,455.78 | 390.86 | 0.00 | 390.86 |
| | Acct: 7357 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,826.77 | 290.75 | 0.00 | 290.75 |
| | Acct: 9661 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,539.74 | 245.07 | 0.00 | 245.07 |
| | Acct: 8504 | | | | |
| | CHASE BANK USA NA(*) | 9,570.09 | 1,523.18 | 0.00 | 1,523.18 |
| | Acct: 5079 | | | | |
| | CHASE BANK USA NA(*) | 3,658.99 | 582.36 | 0.00 | 582.36 |
| | Acct: 3909 | | | | |
| | CHASE BANK USA NA(*) | 2,421.59 | 385.42 | 0.00 | 385.42 |
| | Acct: 3679 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR JH | 6,554.36 | 1,043.19 | 0.00 | 1,043.19 |
| | Acct: 7614 | | | | |
| | DISCOVER BANK(*) | 2,512.81 | 399.94 | 0.00 | 399.94 |
| | Acct: 8972 | | | | |
| | DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1142 | | | | |
| | EBAY INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: S412 | | | | |
| | FNCC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5014 | | | | |
| | ABSOLUTE RESOLUTIONS INVESTMENTS | 4,696.66 | 747.52 | 0.00 | 747.52 |
| | Acct: 4922 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,866.62 | 615.41 | 0.00 | 615.41 |
| | Acct: 7682 | | | | |
| | CAPITAL ONE NA** | 524.46 | 83.47 | 0.00 | 83.47 |
| | Acct: 7692 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 7,065.40 | 1,124.53 | 0.00 | 1,124.53 |
| | Acct: 5621 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 2,006.18 | 319.30 | 0.00 | 319.30 |
| | Acct: 3020 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 3,758.71 | 598.24 | 0.00 | 598.24 |
| | Acct: 1203 | | | | |
| | MERRICK BANK | 2,363.06 | 376.10 | 0.00 | 376.10 |
| | Acct: 0186 | | | | |
| | MIDLAND FUNDING LLC | 7,402.69 | 1,178.21 | 0.00 | 1,178.21 |
| | Acct: 2189 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,053.05 | 167.60 | 0.00 | 167.60 |
| | Acct: 5585 | | | | |
| | PNC BANK NA | 1,364.65 | 217.20 | 0.00 | 217.20 |
| | Acct: 9134 | | | | |
| | QUANTUM3 GROUP LLC AGNT-CREDIT C | 4,189.61 | 666.82 | 0.00 | 666.82 |
| | Acct: 2890 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0638 | | | | |
| | MIDLAND FUNDING LLC | 4,077.50 | 648.97 | 0.00 | 648.97 |
| | Acct: 0333 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 4,010.37 | 638.29 | 0.00 | 638.29 |
| | Acct: 5717 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 208.56 | 33.19 | 0.00 | 33.19 |
| | Acct: 0001 | | | | |
| | QUANTUM3 GROUP LLC AGNT - SADINO | 729.10 | 116.04 | 0.00 | 116.04 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5239 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 97.04 | 15.44 | 0.00 | 15.44 |
| | Acct: 6407 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2189 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GLOBAL CREDIT & COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 15,165.83 |

**TOTAL PAID TO CREDITORS**                                                                    36,464.61

TOTAL CLAIMED
PRIORITY              0.00
SECURED           5,179.60
UNSECURED        95,286.87

Date: 03/28/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   RYAN P. MACKIN

          Debtor(s)

   Ronda J. Winnecour
          Movant
      vs.
   No Repondents.

Case No.:19-20172 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.


                                                    BY THE COURT:


                                                    _____
                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:      Case No. 19-20172-JAD
Ryan P. Mackin      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Mar 29, 2023     Form ID: pdf900     Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan P. Mackin, 113 Linnview Ave, Pittsburgh, PA 15210-3717 |
| 14978135 | + | American Express Centurion Bank, 4315 S. 2700 West, Salt Lake City, UT 84148-0001 |
| 14978138 | + | Banko of America, FL9-600-02-26, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14978148 | + | Dollar Bank Visa, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14978156 | + | Jonathan Paul Cawley, Esq., Zwicker & Associates, PC, 3220 Tillman Drive, Ste 215, Bensalem, PA 19020-2028 |
| 14978161 | | Merrick Bank, PO Box 9021, Old Bethpage, NY 11804 |
| 15017823 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14978171 | + | Zales Jewelers/Comenity Capital Bank, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14983197 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 29 2023 23:53:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14978133 | ^ | MEBN | Mar 29 2023 23:47:24 | American Coradius International LLC, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14978134 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:10 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14989193 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 23:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986053 | + | Email/Text: bkfilings@zwickerpc.com | Mar 29 2023 23:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14978136 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 14978137 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 14978140 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2023 23:53:00 | BB&T, 223 West Nash Street, Wilson, NC 27893 |
| 14981010 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2023 23:53:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14978142 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:46 | BP Visa, Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 15002362 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14978139 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2023 23:54:00 | Barclays Bank Delaware, 125 S. West Street, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, DE 19801-5014 |
| 14978141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:23 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14978143 | + | Email/Text: cms-bk@cms-collect.com | Mar 29 2023 23:54:00 | Capital Management Services LP, 698 1/2 South Odgen Street, Buffalo, NY 14206-2317 |
| 14978144 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14988853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998459 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15009292 | + | Email/Text: RASEBN@raslg.com | Mar 29 2023 23:53:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14978146 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:21 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14978147 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14978159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:21 | Macy's, PO Box 8053, Mason, OH 45040 |
| 14978160 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:24 | Macy's American Express, PO Box 8053, Mason, OH 45040 |
| 15016606 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14983408 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15016263 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978150 | | Email/Text: BNSFN@capitalsvcs.com | Mar 29 2023 23:53:00 | First National Credit Card, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 14978152 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 29 2023 23:53:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 14978151 | + | Email/Text: crdept@na.firstsource.com | Mar 29 2023 23:54:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14978153 | | Email/Text: GCSBankruptcy@gcserv.com | Mar 29 2023 23:53:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14978154 | + | Email/Text: bankruptcy@affglo.com | Mar 29 2023 23:54:00 | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |
| 14978145 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:51 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14978157 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14978158 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14984548 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 29 2023 23:52:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996284 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14978162 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14992392 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 14978165 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 14978166 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15018119 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15012800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979033 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978163 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:47 | PayPal, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978164 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:46 | PepBoys, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15061601 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15012805 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14988635 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15012647 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14998399 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14978167 | + | Email/Text: ngisupport@radiusgs.com | Mar 29 2023 23:53:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14978168 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:02 | Synchrony Home, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14978169 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:01 | Value City Furniture, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15012408 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14978170 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:47 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978149 | + | Email/Text: jstauffe_BK@ebay.com | Mar 29 2023 23:54:00 | eBay, 2145 Hamilton Ave, San Jose, CA 95125-5905 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15011097 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15012397 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL |

Case 19-20172-JAD    Doc 61    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 64 |

| | | |
|---|---|---|
| | 33487-2853 | |
| 14978155 | *+ | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com |
| Michael C. Eisen | on behalf of Debtor Ryan P. Mackin attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8