| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ryan P. Mackin <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8319 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–20172–JAD | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ryan P. Mackin

5/17/23                                                                 **By the court:** Jeffery A. Deller
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ryan P. Mackin  
Debtor

Case No. 19-20172-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 66

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan P. Mackin, 113 Linnview Ave, Pittsburgh, PA 15210-3717 |
| 14978135 | + | American Express Centurion Bank, 4315 S. 2700 West, Salt Lake City, UT 84148-0001 |
| 14978138 | + | Banko of America, FL9-600-02-26, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14978148 | + | Dollar Bank Visa, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14978156 | + | Jonathan Paul Cawley, Esq., Zwicker & Associates, PC, 3220 Tillman Drive, Ste 215, Bensalem, PA 19020-2028 |
| 14978161 | | Merrick Bank, PO Box 9021, Old Bethpage, NY 11804 |
| 15017823 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14978171 | + | Zales Jewelers/Comenity Capital Bank, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 18 2023 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 18 2023 03:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3G.COM | May 18 2023 03:47:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14983197 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 18 2023 00:02:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14978133 | ^ | MEBN | May 17 2023 23:51:25 | American Coradius International LLC, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14978134 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:14:47 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14989193 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:14:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986053 | + | Email/Text: bkfilings@zwickerpc.com | May 18 2023 00:04:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14978136 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 19-20172-JAD    Doc 65    Filed 05/19/23    Entered 05/20/23 00:26:40    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 66 |

| ID | Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| | | May 18 2023 00:03:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 14978137 | EDI: BANKAMER.COM | | |
| | | May 18 2023 03:47:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 14978140 | Email/Text: bankruptcy@bbandt.com | | |
| | | May 18 2023 00:03:00 | BB&T, 223 West Nash Street, Wilson, NC 27893 |
| 14981010 | + Email/Text: bankruptcy@bbandt.com | | |
| | | May 18 2023 00:03:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14978142 | + EDI: RMSC.COM | | |
| | | May 18 2023 03:47:00 | BP Visa, Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 15002362 | EDI: BANKAMER.COM | | |
| | | May 18 2023 03:47:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14978139 | + EDI: TSYS2 | | |
| | | May 18 2023 03:47:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14978141 | + EDI: CITICORP.COM | | |
| | | May 18 2023 03:47:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14978143 | + Email/Text: cms-bk@cms-collect.com | | |
| | | May 18 2023 00:03:00 | Capital Management Services LP, 698 1/2 South Odgen Street, Buffalo, NY 14206-2317 |
| 14978144 | + EDI: CAPITALONE.COM | | |
| | | May 18 2023 03:47:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14988853 | EDI: CAPITALONE.COM | | |
| | | May 18 2023 03:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998459 | Email/PDF: bncnotices@becket-lee.com | | |
| | | May 18 2023 00:15:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15009292 | + Email/Text: RASEBN@raslg.com | | |
| | | May 18 2023 00:03:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14978146 | EDI: CITICORP.COM | | |
| | | May 18 2023 03:47:00 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14978147 | EDI: DISCOVER.COM | | |
| | | May 18 2023 03:47:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14978159 | + EDI: CITICORP.COM | | |
| | | May 18 2023 03:47:00 | Macy's, PO Box 8053, Mason, OH 45040 |
| 14978160 | + EDI: CITICORP.COM | | |
| | | May 18 2023 03:47:00 | Macy's American Express, PO Box 8053, Mason, OH 45040 |
| 15016606 | EDI: Q3G.COM | | |
| | | May 18 2023 03:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14983408 | EDI: DISCOVER.COM | | |
| | | May 18 2023 03:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15016263 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | May 18 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978150 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | May 18 2023 00:03:00 | First National Credit Card, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 14978152 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | May 18 2023 00:03:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 14978151 | + Email/Text: crdept@na.firstsource.com | | |
| | | May 18 2023 00:04:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14978153 | Email/Text: GCSBankruptcy@gcserv.com | | |
| | | May 18 2023 00:02:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14978154 | + Email/Text: bankruptcy@affglo.com | | |
| | | May 18 2023 00:03:00 | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |

Case 19-20172-JAD    Doc 65    Filed 05/19/23    Entered 05/20/23 00:26:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 66 |

| | | | |
| --- | --- | --- | --- |
| 14978145 | | EDI: JPMORGANCHASE | |
| | | May 18 2023 03:47:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14978157 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | May 18 2023 00:02:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14978158 | + | EDI: RMSC.COM | |
| | | May 18 2023 03:47:00 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14984548 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 18 2023 00:14:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996284 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 18 2023 00:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14978162 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | May 18 2023 00:03:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14992392 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | May 18 2023 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14978165 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | May 18 2023 00:02:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 14978166 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | May 18 2023 00:02:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15018119 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | May 18 2023 00:02:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15012800 | | EDI: PRA.COM | |
| | | May 18 2023 03:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979033 | + | EDI: RECOVERYCORP.COM | |
| | | May 18 2023 03:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978163 | + | EDI: RMSC.COM | |
| | | May 18 2023 03:47:00 | PayPal, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978164 | + | EDI: RMSC.COM | |
| | | May 18 2023 03:47:00 | PepBoys, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15061601 | | EDI: Q3G.COM | |
| | | May 18 2023 03:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15012805 | | EDI: Q3G.COM | |
| | | May 18 2023 03:47:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14988635 | | EDI: Q3G.COM | |
| | | May 18 2023 03:47:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15012647 | | EDI: Q3G.COM | |
| | | May 18 2023 03:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14998399 | | EDI: Q3G.COM | |
| | | May 18 2023 03:47:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14978167 | + | Email/Text: ngisupport@radiusgs.com | |
| | | May 18 2023 00:03:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14978168 | + | EDI: RMSC.COM | |
| | | May 18 2023 03:47:00 | Synchrony Home, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14978169 | + | EDI: RMSC.COM | |
| | | May 18 2023 03:47:00 | Value City Furniture, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15012408 | | EDI: AIS.COM | |
| | | May 18 2023 03:47:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14978170 | + | EDI: RMSC.COM | |
| | | May 18 2023 03:47:00 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978149 | + | Email/Text: jstauffe_BK@ebay.com | |
| | | May 18 2023 00:03:00 | eBay, 2145 Hamilton Ave, San Jose, CA |

95125-5905

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15011097 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15012397 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14978155 | *+ | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com |
| Michael C. Eisen | on behalf of Debtor Ryan P. Mackin attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8