IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RYAN P. MACKIN

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.: 19-20172 JAD

Chapter 13

Document No.: 57

FILED
5/17/23 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this \_\_\_17th\_\_\_ day of \_\_\_May\_\_\_, 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-20172-JAD
Ryan P. Mackin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: May 17, 2023     Form ID: pdf900     Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan P. Mackin, 113 Linnview Ave, Pittsburgh, PA 15210-3717 |
| 14978135 | + | American Express Centurion Bank, 4315 S. 2700 West, Salt Lake City, UT 84148-0001 |
| 14978138 | + | Banko of America, FL9-600-02-26, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14978148 | + | Dollar Bank Visa, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14978156 | + | Jonathan Paul Cawley, Esq., Zwicker & Associates, PC, 3220 Tillman Drive, Ste 215, Bensalem, PA 19020-2028 |
| 14978161 | | Merrick Bank, PO Box 9021, Old Bethpage, NY 11804 |
| 15017823 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14978171 | + | Zales Jewelers/Comenity Capital Bank, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14983197 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 18 2023 00:02:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14978133 | ^ | MEBN | May 17 2023 23:51:27 | American Coradius International LLC, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14978134 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:15:19 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14989193 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:15:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986053 | + | Email/Text: bkfilings@zwickerpc.com | May 18 2023 00:04:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14978136 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:03:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 14978137 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 00:02:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 14978140 | | Email/Text: bankruptcy@bbandt.com | May 18 2023 00:03:00 | BB&T, 223 West Nash Street, Wilson, NC 27893 |
| 14981010 | + | Email/Text: bankruptcy@bbandt.com | May 18 2023 00:03:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14978142 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:01:15 | BP Visa, Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 15002362 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 00:02:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14978139 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 18 2023 00:03:00 | Barclays Bank Delaware, 125 S. West Street, |

Case 19-20172-JAD   Doc 66   Filed 05/19/23   Entered 05/20/23 00:26:40   Desc Imaged
                              Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, DE 19801-5014 |
| 14978141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:13:50 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14978143 | + | Email/Text: cms-bk@cms-collect.com | May 18 2023 00:03:00 | Capital Management Services LP, 698 1/2 South Odgen Street, Buffalo, NY 14206-2317 |
| 14978144 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:02:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14988853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:02:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14998459 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:14:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15009292 | + | Email/Text: RASEBN@raslg.com | May 18 2023 00:03:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14978146 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:13:50 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14978147 | | Email/Text: mrdiscen@discover.com | May 18 2023 00:02:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14978159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:15:13 | Macy's, PO Box 8053, Mason, OH 45040 |
| 14978160 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:14:34 | Macy's American Express, PO Box 8053, Mason, OH 45040 |
| 15016606 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14983408 | | Email/Text: mrdiscen@discover.com | May 18 2023 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15016263 | + | Email/Text: kburkley@bernsteinlaw.com | May 18 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978150 | | Email/Text: BNSFN@capitalsvcs.com | May 18 2023 00:03:00 | First National Credit Card, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 14978152 | | Email/Text: collecadminbankruptcy@fnni.com | May 18 2023 00:03:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 14978151 | + | Email/Text: crdept@na.firstsource.com | May 18 2023 00:04:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14978153 | | Email/Text: GCSBankruptcy@gcserv.com | May 18 2023 00:02:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14978154 | + | Email/Text: bankruptcy@affglo.com | May 18 2023 00:03:00 | Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |
| 14978145 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2023 00:13:46 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14978157 | + | Email/Text: PBNCNotifications@peritusservices.com | May 18 2023 00:02:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14978158 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:02:21 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14984548 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2023 00:02:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996284 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14978162 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 00:03:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14992392 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO |

Case 19-20172-JAD   Doc 66   Filed 05/19/23   Entered 05/20/23 00:26:40   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 14978165 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 14978166 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15018119 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15012800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:01:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979033 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2023 00:14:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978163 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:26:57 | PayPal, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978164 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:14:28 | PepBoys, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15061601 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15012805 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14988635 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15012647 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14998399 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14978167 | + | Email/Text: ngisupport@radiusgs.com | May 18 2023 00:03:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14978168 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:01:16 | Synchrony Home, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14978169 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:02:20 | Value City Furniture, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15012408 | | Email/PDF: ebn_ais@aisinfo.com | May 18 2023 00:13:44 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14978170 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:14:36 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14978149 | + | Email/Text: jstauffe_BK@ebay.com | May 18 2023 00:03:00 | eBay, 2145 Hamilton Ave, San Jose, CA 95125-5905 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15011097 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15012397 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL |

| | | |
|---|---|---|
| 14978155 | *+ | 33487-2853<br>Global Credit & Collection Corp, 5440 N. Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com |
| Michael C. Eisen | on behalf of Debtor Ryan P. Mackin attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8